# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00410-CV

## In re Ruth Reed Dyke, Laura Hamman Fain, and Elizabeth Oliver

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators filed a petition for writ of mandamus and motion for stay and for temporary relief. We temporarily stayed the underlying proceeding and requested responses to the petition and motion. Having reviewed the petition and records provided, we deny the petition for writ of mandamus and motion for stay and temporary relief, and we lift this Court's temporary stay of the underlying proceeding. *See* Tex. R. App. P. 52.8(a), 52.10(b).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Filed: August 17, 2023